IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEIFUDDIN MUMIN,<br> Plaintiff<br><br>v.<br><br>THE CITY OF PHILADELPHIA, *et al.*,<br> Defendants | :<br>:<br>:<br>:   CIVIL ACTION NO. 21-CV-2653<br>:<br>:<br>: |

## ORDER

AND NOW, this 21st day of June, 2021, upon consideration of Plaintiff Seifuddin Mumin's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
GENE E.K. PRATTER, J.